UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
                                                         :
JOHN POPOFF,                                             :
                                                         :
                    Plaintiff,                           :        **ECF CASE**
                                                         :
          v.                                             :
                                                         :        08 Civ. 2385 (JES)
MICHAEL CHERTOFF, et al.                                 :
                                                         :
                    Defendants.                          :        NOTICE OF APPEARANCE
-------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

          The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       March 19, 2008

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York

                              By:    /s/_____
                                        NATASHA OELTJEN
                                        Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Telephone: (212) 637-2769
                                        Facsimile: (212) 637-2786
                                        Email: natalia.oeltjen@usdoj.gov

TO:    Daniel B. Lundy, Esq.
       2 Park Ave., 19th Floor
       New York, NY 10016