**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN POPOFF,<br><br>                Petitioner,<br><br>- against -<br><br>MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General of the United States, U.S. Department of Justice; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; FEDERAL BUREAU OF INVESTIGATION,<br><br>                Respondents. | Docket No. 08 Civ. 2385 (JES)<br>A76-111-217<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE**<br><br>4/4/08 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
March 31, 2008

BARST & MUKAMAL, LLP
Attorneys for Petitioner

_/s/_

Daniel B. Lundy, Esq.
2 Park Avenue, 19th Floor
New York, New York 10016
Tel.  (212) 686-3838
Fax  (212) 481-9362

New York, New York
March 1, 2008
April

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_/s/_

Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

_/s/_

Hon. John E. Sprizzo
United States District Judge